Form 2 - AFFIDAVIT OF SERVICE


P21932852

**SLATER SLATER SCHULMAN LLP**   Noemi Fuentes
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMMY HAMILTON | Index No. **1:24-cv-04533-AS** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. **N/A** |
| KINGS SECURITY SERVICES INC., ETAL | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**    :SS:

**JUAN POLANCO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **28TH** day of **JUNE 2024**, **12:09PM** at
**1900 CROTONA AVE**
**FLOOR 1**
**BRONX NY 10457**
I served the **CIVIL COVER SHEET, SUMMONS AND COMPLAINT** upon **CARLOS (LAST NAME UNKNOWN), the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JANE DOE (REFUSED FULL NAME), RECEPTIONIST,** a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **BLACK**    HAIR: **BROWN**
APP.AGE: **28** APP. HT: **5ft5in** APP. WT: **175**
OTHER IDENTIFYING FEATURES
**Glasses**

On **07/01/2024** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
01ST day of JULY, 2024

SELENA INES ADAMES
Notary Public, State of New York
No. 01AD6365042
Qualified in QUEENS COUNTY
Commission Expires 09/25/2025

JUAN POLANCO 2031534
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-SSSL-21932852

2a