UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMMY HAMILTON,

                Plaintiff,

-against-

KINGS SECURITY SERVICES INC.,
EVANS IMAFIDON et al.,

                Defendants.

24-CV-4533 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's July 11, 2024 Order, ECF No. 17, the parties were required to file a joint letter and proposed case management plan, the contents of which are described therein, no later than August 29, 2024. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 3, 2024**.

      SO ORDERED.

Dated: August 30, 2024
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge