```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAMMY HAMILTON,                                         :
                                                        :
                  Plaintiff,                       :     **ORDER SCHEDULING**
                                                        :     **SETTLEMENT**
                                                        :     **CONFERENCE**
                                                        :
    -v-                                                 :
                                                        :     24-CV-4533 (AS) (HJR)
                                                        :
KINGS SECURITY SERVICES INC. *et al.*,                  :
                                                        :
                  Defendants.                      :
                                                        :
------------------------------------------------------------X

**HENRY J. RICARDO, United States Magistrate Judge.**

      By Order of Reference dated September 4, 2024 (Dkt. No. 28), Judge Subramanian referred this case to me for settlement. The parties and the Court conferred and agreed that the conference will be held before me on **October 17 at 10:00 a.m.** virtually via Microsoft Teams. Counsel will be provided the login information several days before the conference.

      The parties are required to make *ex parte* written submissions five (5) business days prior to the conference, in this case **October 10**. The parties should email these materials to RicardoNYSDChambers@nysd.uscourts.gov. If the *ex parte* submission, including attachments, is more than 10 pages, the parties should hand deliver or overnight mail a copy to chambers.

      Finally, if plaintiff has not already made a demand, she must do so no later than 14 days prior to the conference, and defendants shall respond no later than 7 days thereafter. Even if plaintiff has made a demand as part of a court-ordered or private mediation previously attended by the parties, plaintiff is still required to

2

make (or renew) a demand 14 days prior to the conference, and defendants must respond within 7 days. In other words, the parties should not wait for the settlement conference to commence negotiations of a resolution of their dispute.

**SO ORDERED.**

Dated: September 6, 2024
      New York, New York

_____
HENRY J. RICARDO
United States Magistrate Judge